**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

In re:
Sashi Patel and Pragna S. Patel    )    Case No.: 24-80644
                                   )    Chapter 7
    Joint Debtors                  )
                                   )    Hon. Thomas M. Lynch

**Notice of Motion for Relief from Automatic Stay**

**TO: DEBTORS, DEBTOR'S COUNSEL, CHAPTER 7 TRUSTEE:**

Please take notice that on October 2, 2024, at 11:00 a.m., I will appear before the Honorable Thomas M. Lynch, or any judge sitting in that judge's place, either in Courtroom 3100, of the United States Courthouse, 327 South Church Street, Rockford, Illinois 61101, or electronically as described below, and present the Creditor, BOBS, LLC's Motion for Relief from Automatic Stay, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**
**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.
**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
**Meeting ID and passcode.** The meeting ID for this hearing is 160 291 5226, and the passcode is 852255. The meeting ID and passcode can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/Michael Haeberle
Michael Haeberle (#6309164)
Ryan Zeller (#6282230)
Patterson Law Firm, LLC
200 W. Monroe, Ste. 2025
Chicago, IL 60606
Tel.: 312-223-1699
Fax: 312-223-8549
mhaeberle@pattersonlawfirm.com
rzeller@pattersonlawfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| Sashi Patel and Pragna S. Patel | ) | Case No.: 24-80644 |
| | ) | Chapter 7 |
| Joint Debtors | ) | |
| | ) | Hon. Thomas M. Lynch |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

NOW COMES BOBS, LLC ("BOBS"), by and through its attorneys, Patterson Law Firm, LLC, pursuant to Fed. R. Bankr. P. 4001(a)(1) and 11 U.S. Code § 362(d)(2), moves to lift the automatic stay on the Debtor's residence, and in support of this Motion for Relief from Automatic Stay, states the following:

1. Shashi Patel and Pragna S. Patel, ("Joint Debtors") have filed a Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. BOBS has judgments in the principal amount of $6,0008,024.81 against Shashi Patel, and judgments of $2,266,421.39, against Shashi and Pragna Patel. Ex. A; Ex. B.

3. Joint Debtors are the owners of the real property located at 223 Grand Oaks Lane, Dixon, IL 61021 (the "Subject Property").

4. BOBS recorded their judgments on the Subject Property. Ex. A; Ex. B.

5. There is a first mortgage in the amount of $134,005. Dkt. 16.

6. Defendants have scheduled the value of the Subject Property as $400,000, an amount many times less than the judgment

(though BOBS LLC believes the property is worth around $600,000, a difference which is immaterial to this motion). Dkt. 15.

7. Upon request of a party, the Court "shall grant relief from the stay" if the debtor does not have equity in the property. 11 U.S. Code § 362(d)(2).

8. As such, there is no equity by any stretch of the imagination and it is therefore not necessary for an effective reorganization and the stay should be lifted.

9. BOBS requests that any order granting this Motion provide that the stay in Rule 4001(a)(3) does not apply to this order.

WHEREFORE, Movant respectfully requests that this Court enter an order modifying the automatic stay as to the real property located at 223 Grand Oaks Lane, Dixon, IL 61021, allowing Movant to exercise its state law rights in foreclosure against the property pursuant to applicable non-bankruptcy law immediately, and granting Movant such other and further relief as the Court deems just and proper.

Dated: September 26, 2024

Respectfully submitted,

/s/ Michael Haeberle
Michael Haeberle (#6309164)
Ryan Zeller (#6282230)
Patterson Law Firm, LLC
200 W. Monroe, Ste. 2025
Chicago, IL 60606
Tel.: 312-223-1699
Fax: 312-223-8549
mhaeberle@pattersonlawfirm.com

rzeller@pattersonlawfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was electronically served using the CM/ECF system to the following on September 26, 2024:

Ariel Weissberg
Attorney for Debtors
125 South Wacker Drive, Suite 3000
Chicago IL 60606
ariel@weissberglaw.com

Brian Hart
Chapter 7 Trustee
5702 Elaine Drive, Suite 204
Rockford IL 61108
brian@rockfordbankruptcy.com

Office of the United States Trustee
780 Regent St., Suite 304
Madison, WI 53715

David M. Jankura
Weissberg and Associates Ltd.
1452 West Argyle Street, Unit G
Chicago, IL 60640
davidmjankura@gmail.com

I further certify that a copy of the foregoing document was served on the following parties by sending postage prepaid, in the United States Mail, by first-class mail to the following on September 26, 2024:

Shashi Patel and Pragna S. Patel
Joint Debtors
223 Grand Oaks Lane,
Dixon, IL 60121

　　　　　　　　　　　　　　　　　　　　/s/ Michael Haeberle